# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case Name:** **Andrew Walker**

**Case Number: 09−10766−SSM** **Date Filed: February 3, 2009**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm . In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005−2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures** .

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point−to−Point Protocol (PPP). The URL address is ***www.vaeb.uscourts.gov*** and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single−sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: February 4, 2009
VAN−062 [ver. 3/2008]

William C. Redden
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: griffinv Page 1 of 1 Date Rcvd: Feb 04, 2009
Case: 09-10766 Form ID: VAN062 Total Served: 18

The following entities were served by first class mail on Feb 06, 2009.

| | |
|---|---|
| db | +Andrew Walker, P.O. Box 822, Bristow, VA 20136-0822 |
| 8708319 | +ASC, PO BOX 10328, DES MOINES, DES MOINES, IA 50306-0328 |
| 8708308 | +CALVARY PORTFOLIO, NFCU 820 FOLLIN RD, VIENNA, VA 22180-4907 |
| 8708318 | +CAPITAL ONE, 15075 CAPITAL ONE DRIVE, RICHMOND, VA 23238-1122 |
| 8708317 | +COUNTRYWIDE, 4500 PARK GRANADA, CALABASAS, CA 91302-1663 |
| 8708307 | GENESIS REALTY/REMAX, 915 CHURCH ST, MANASSAS, VA 20110 |
| 8708316 | +GMAC MORTGAGE, 3451 HAMMOND AVE, WATERLOO, IA 50702-5300 |
| 8708315 | +GREENPOINT MRTGAGE, 100 WOOD HOLLOW DR, NOVATO, CA 94945-1424 |
| 8708309 | +JASON CAHILL, 9564 TARVIE CIRCLE, BRISTOW, VA 20136-2116 |
| 8708304 | JOSHUA SMITH, CIRCUIT COURT, WARRENTON, MARSHALL, VA 20115 |
| 8708310 | MARVIN AND ALECIA FARLEY, 2901 GREENBRIAR, CHESTER, VA 25478 |
| 8708314 | +NATIONAL CITY MORTGAGE, 6096 FRANCONIA RD, ALEXANDRIA, VA 22310-4434 |
| 8708305 | PRINCE WILLIAM MEDICINE, SUDLEY MANOR DRIVE, MANASSAS, VA 20109 |
| 8708303 | RAPPAHANNOCK ELECTRIC, 3450 MAIN STREET, HAMILTON, VA 20158 |
| 8708306 | STERLING KING, EAGENT, 123 MAIN STREET, NEW YORK, NY 10018 |
| 8708312 | +WACHOVIA BANK, 9210 CHURCH, MANASSAS, VA 20110-5524 |
| 8708311 | +WASHINGTON MUTUAL, 1301 SECOND AVENUE, SEATTLE, WA 98101-2005 |

The following entities were served by electronic transmission on Feb 05, 2009.
8708313 +E-mail/Text: ext_ebn_inbox@navyfederal.org NAVY FEDERAL CREDIT UNION,
820 FOLLIN LANE, VIENNA, VA 22180-4907
TOTAL: 1

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2009** **Signature:** Joseph Speetjens