Marvin and Alecia Farley
P.O. Box 26
Sandston, VA 23150

FILED
2009 FEB -6 P 2:45
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

February 5, 2009

Clerk of Court
United States Bankruptcy Court
200 S. Washington Street
Alexandria, VA 22314

**RE: Andrew J. Walker**
**Case No.: 09-10766**

Dear Sir:

My name is Alecia Farley. My husband, Marvin Farley and myself are listed as creditors on the above-mentioned bankruptcy case. Mr. Walker has noted an incorrect address for us on his list of creditors. We have never lived at that address, therefore, we would like to inform you of our correct mailing address. It is as follows:

Marvin and Alecia Farley
Post Office Box 26
Sandston, VA 23150

Please be advised that we would like to be notified of the **Meeting of Creditors** as soon as it has been scheduled so that we may be present. We would also like it to be known that we anticipate filing a **Relief of Stay** concerning the judgment that we have against Mr. Walker that he has incorporated into this bankruptcy.

Thank you very much for your assistance in this matter.

Sincerely,

Marvin and Alecia Farley

Marvin and Alecia Farley