**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

Alexandria **Division**

**In re** Andrew Walker **Case No.** 09-10766-SSM

**Debtor(s)** **Chapter** 7

# ORDER DISMISSING CASE

The debtor(s) having failed to timely cure the deficiencies as set forth in the;
Notice of Filing Deficiency pursuant to the provisions of Local Bankruptcy Rule 5005-1(E)
it is, therefore

**ORDERED** that the above case be DISMISSED; and it is further

***[If applicable]*** **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ 0.00 to the Clerk of Court within **ten (10) days** of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
CLERK OF COURT

Date: March 12, 2009

By: /s/ Denise S. Williams
Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

March 12, 2009