**United States Bankruptcy Court**
**Eastern District of Virginia**
200 South Washington Street
Alexandria, VA 22314

**Case Number** 09−10766−SSM
**Chapter** 7

**In re:**

Andrew Walker
P.O. Box 822
Bristow, VA 20136

**SSN:** xxx−xx−5522 **EIN:** NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on March 12, 2009 dismissing the above−captioned case.

Dated: March 12, 2009

For the Court,

William C. Redden, Clerk
United States Bankruptcy Court

(VAN−015)

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0422-9 | User: williamsd | Page 1 of 1 | Date Rcvd: Mar 12, 2009 |
| Case: 09-10766 | Form ID: VAN015 | Total Served: 18 | |

The following entities were served by first class mail on Mar 14, 2009.

| | |
|---|---|
| db | +Andrew Walker, P.O. Box 822, Bristow, VA 20136-0822 |
| 8708319 | +ASC, PO BOX 10328, DES MOINES, DES MOINES, IA 50306-0328 |
| 8708308 | +CALVARY PORTFOLIO, NFCU 820 FOLLIN RD, VIENNA, VA 22180-4907 |
| 8708318 | +CAPITAL ONE, 15075 CAPITAL ONE DRIVE, RICHMOND, VA 23238-1122 |
| 8708317 | +COUNTRYWIDE, 4500 PARK GRANADA, CALABASAS, CA 91302-1663 |
| 8708307 | GENESIS REALTY/REMAX, 915 CHURCH ST, MANASSAS, VA 20110 |
| 8708316 | +GMAC MORTGAGE, 3451 HAMMOND AVE, WATERLOO, IA 50702-5300 |
| 8708315 | +GREENPOINT MRTGAGE, 100 WOOD HOLLOW DR, NOVATO, CA 94945-1424 |
| 8708309 | +JASON CAHILL, 9564 TARVIE CIRCLE, BRISTOW, VA 20136-2116 |
| 8708304 | JOSHUA SMITH, CIRCUIT COURT, WARRENTON, MARSHALL, VA 20115 |
| 8708310 | +Marvin & Alecia Farley, PO Box 26, Sandston, VA 23150-0026 |
| 8708314 | +NATIONAL CITY MORTGAGE, 6096 FRANCONIA RD, ALEXANDRIA, VA 22310-4434 |
| 8708305 | PRINCE WILLIAM MEDICINE, SUDLEY MANOR DRIVE, MANASSAS, VA 20109 |
| 8708303 | RAPPAHANNOCK ELECTRIC, 3450 MAIN STREET, HAMILTON, VA 20158 |
| 8708306 | STERLING KING, EAGENT, 123 MAIN STREET, NEW YORK, NY 10018 |
| 8708312 | +WACHOVIA BANK, 9210 CHURCH, MANASSAS, VA 20110-5524 |

The following entities were served by electronic transmission on Mar 13, 2009.

| | |
|---|---|
| 8708313 | +E-mail/Text: ext_ebn_inbox@navyfederal.org NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 8708311 | +EDI: PROVID.COM Mar 12 2009 23:08:00 WASHINGTON MUTUAL, 1301 SECOND AVENUE, SEATTLE, WA 98101-2005 |

TOTAL: 2

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* +Marvin & Alecia Farley, PO Box 26, Sandston, VA 23150-0026

TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2009** **Signature:** Joseph Speetjens