**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

Alexandria **Division**

**In re** Andrew Walker **Case No.** 09-10766-SSM

**Debtor(s)** **Chapter** 7

**ORDER DISMISSING CASE**

The debtor(s) having failed to timely cure the deficiencies as set forth in the;
Notice of Filing Deficiency pursuant to the provisions of Local Bankruptcy Rule 5005-1(E)
it is, therefore

**ORDERED** that the above case be DISMISSED; and it is further

***[If applicable]*** **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ 0.00 to the Clerk of Court within **ten (10) days** of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
CLERK OF COURT

Date: March 12, 2009

By: /s/ Denise S. Williams
Deputy Clerk

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

March 12, 2009

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0422-9 | User: williamsd | Page 1 of 1 | Date Rcvd: Mar 12, 2009 |
| Case: 09-10766 | Form ID: pdforder | Total Served: 1 | |

The following entities were served by first class mail on Mar 14, 2009.
db +Andrew Walker, P.O. Box 822, Bristow, VA 20136-0822

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2009** **Signature:** Joseph Speetjens